# In the United States Court of Federal Claims

No. 18-1292C
(Filed October 17, 2019)

```
* * * * * * * * * * * * * * * * *   *
                                     *
                                     *
DANUTA YSLA,                         *
HENRIETTA HARGRESS DAVIS,            *
GLORIYADI ECHEVARRIA,                *
ARLENE FRANCES HOBBS,                *
TIERRA L. KELLY,                     *
JULIA M. MULDROW,                    *
on behalf of themselves and          *
all others similarly situated        *
                                     *
            Plaintiffs,              *
                                     *
      v.                             *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant,               *
                                     *
                                     *
 * * * * * * * * * * * * * * * * * * *
```

## SCHEDULING ORDER

Oral argument on the parties' motions for partial summary judgment will be held on **Monday, October 21, 2019**, at **2:00 p.m. EST** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Senior Judge